IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

BENITO PEÑA ADAMES

Defendant

CRIMINAL 07-0138CCC

## O R D E R

Having considered the Report and Recommendation filed on April 16, 2007 **(docket entry 33**) on a Rule 11 proceeding of defendant held before Magistrate Judge Marcos E. Lopez on March 23, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 23, 2007. The **sentencing hearing is set for June 13, 2007 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on April 24, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge